Jay M. ROWLAND, Appellant, v. STATE OF ARKANSAS.

No. 13601.

Circuit Court of Appeals, Eighth Circuit.

Nov. 1, 1947.

C. Floyd Huff, Jr., of Hot Springs, Ark., and Henry Donham, of Little Rock, Ark., for appellant.

Sidney S. McMath and Nathan L. Schoenfeld, both of Hot Springs, Ark., for appellee.

PER CURIAM.

Appeal from order of District Court dismissed at costs of appellant, on motion of appellee.

UNITED STATES of America, Appellant, v. GLOBE INDEMNITY COMPANY

(four cases).

Nos. 13664–13667.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1947.

Drake Watson, U. S. Atty., and C. J. Hughes, Sp. Asst. U. S. Atty., both of St. Louis, Mo., for appellant.

Lathrop, Crane, Sawyer, Woodson & Righter, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellant and consent of appellee.